SAFETY CAR HEATING & LIGHTING CO. v. UNITED STATES LIGHTING & HEATING CO. et al. (Circuit Court of Appeals, Second Circuit. June 22, 1915.) No. 282. Appeal from the District Court of the United States for the Western District of New York. This cause comes here upon appeal from a decree of the District Court, Western District of New York, finding infringement by defendants of United States patent No. 747,686, granted December 22, 1903, to J. L. Crevelling, assignor to complainant. The patent is for a "system of electrical regulation." It discloses a storage battery charging system adapted for use in connection with what are called axle car-lighting systems, in which the generator is driven from the car axle. The opinion of the District Judge will be found in (D. C.) 222 Fed. 310. W. Clyde Jones, of Chicago, Ill., and A. B. Siebold and Charles Oakes, of New York City, for appellants. Duell, Warfield & Duell, of New York City (C. H. Duell, F. P. Warfield, H. S. Duell, and T. J. Johnston, all of New York City, of counsel), for appellee. Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. We fully concur with Judge Hazel in his discussion of the questions presented and in his conclusion. The decree is affirmed, with costs.